IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, JR.,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 13-cv-176-wmc

R. WERLINGER, Warden,
FCI - Oxford,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Eddie Baker Jr. for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction because petitioner's claims do not fit within the savings clause found in 28 U.S.C. § 2255(e).

| /s/ | 4/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |